FILED
CLERK, U.S. DISTRICT COURT

9/11/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jb_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>LQNN, INC.,<br><br>          Defendant. | CR No.  8:20CR00128-DSF<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 610(c)(2), 676(a):<br>Sale and Transportation, and Offer<br>for Sale and Transportation, of<br>Uninspected Meat Food Products; 21<br>U.S.C. §§ 458(a)(2)(B), 461(a):<br>Sale and Transportation, and Offer<br>for Sale and Transportation, of<br>Uninspected Poultry Products]<br><br>[CLASS A MISDEMEANORS] |

     The United States Attorney charges:

                    COUNTS ONE THROUGH THREE

          [21 U.S.C. §§ 610(c)(2), 676(a); 18 U.S.C. § 2(b)]

     On or about the following dates, in Orange County, within the

Central District of California, and elsewhere, defendant LQNN, INC.

knowingly sold and transported, offered for sale and transportation,

and willfully caused the sale and transportation of and the offering

for sale and transportation of, to the following locations, in

commerce, a meat food product, namely, pork pate chaud, which was

processed by defendant LQNN, INC. without the necessary federal inspection:

| COUNT | DATE | LOCATION |
|-------|------|----------|
| ONE | May 4, 2015 | Portland, Oregon |
| TWO | May 5, 2015 | Oklahoma City, Oklahoma |
| THREE | May 11, 2015 | Portland, Oregon |

COUNTS FOUR THROUGH EIGHT

[21 U.S.C. §§ 458(a)(2)(B), 461(a); 18 U.S.C. § 2(b)]

On or about the following dates, in Orange County, within the Central District of California, and elsewhere, defendant LQNN, INC. knowingly sold and transported, offered for sale and transportation, and willfully caused the sale and transportation of and the offering for sale and transportation of, to the following locations, in commerce, the following poultry products, which were processed by defendant LQNN, INC., without the necessary federal inspections:

| COUNT | DATE | POULTRY PRODUCT | LOCATION |
| --- | --- | --- | --- |
| FOUR | May 4, 2015 | Chicken Pate Chaud | Portland, Oregon |
| FIVE | May 4, 2015 | Steamed Bun with Quail Egg | Portland, Oregon |
| SIX | May 5, 2015 | Chicken Pate Chaud | Oklahoma City, Oklahoma |

| COUNT | DATE | POULTRY PRODUCT | LOCATION |
|---|---|---|---|
| SEVEN | May 11, 2015 | Chicken Pate Chaud | Portland, Oregon |
| EIGHT | May 11, 2015 | Steamed Bun with Quail Egg | Portland, Oregon |

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

DENNIS MITCHELL
AMANDA M. BETTINELLI
Assistant United States Attorneys
Environmental and Community
Safety Crimes Section

4